IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PARK CITIES BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:10-CV-1584-K |
| WILLIAM PARKER LEE, individually | § | |
| and as trustee of the William Parker Lee | § | |
| Revocable Trust, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

By Order dated March 12, 2012, Plaintiff Park Cities Bank ("Park Cities") was ordered to submit a more detailed accounting and explanation of the services rendered that allegedly resulted in attorneys' fees of $97,410.00 and costs of $818.78. Park Cities complied with this order, but sought an additional $43,727.50 in attorneys' fees in this supplemental briefing. Because these additional attorneys' fees were requested in supplemental briefing ordered by the Court, Defendant has not had an opportunity to respond. If Defendant wishes to respond, a response must be filed by Monday August 13, 2012 by 9:00 a.m.. There will be no reply unless the Court orders otherwise.

**SO ORDERED**.

Signed August 8th, 2012.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE